# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1198**
**CA 16-00394**
PRESENT: CENTRA, J.P., CARNI, NEMOYER, CURRAN, AND TROUTMAN, JJ.

---

DENNIS H. KINDRED, PLAINTIFF-APPELLANT,

V                                                               ORDER

SARAH COLBY AND MONROE COUNTY FAIR & RECREATION
ASSOCIATION, DEFENDANTS-RESPONDENTS.

---

NASH CONNORS, P.C., BUFFALO (MATTHEW LOUISOS OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

BARCLAY DAMON, LLP, ROCHESTER (MARK T. WHITFORD, JR., OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS.

-----------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Monroe County (Thomas
A. Stander, J.), entered May 19, 2015. The order granted defendants'
motion to dismiss plaintiff's complaint.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  December 23, 2016                    Frances E. Cafarell
                                               Clerk of the Court